IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 22-mj-00055JAM |
| ) | |
| ROGERIC HANKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO UNSEAL

## PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, **IT IS HEREBY ORDERED** that the pre-indictment/information (target) electronic case file (ECF) be unsealed and processed in accordance with established procedure.

        */s/ David P. Rush*
        **David P. Rush**
        **Chief United States Magistrate Judge**

Date: November 1, 2022