IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGERIC HANKINS,<br><br>Defendant. | No. 22-3125-01-CR-S-MDH<br><br>18 U.S.C. § 242<br>NMT 10 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

## INFORMATION

The Assistant Attorney General for the Civil Rights Division charges that:

On or about April 3, 2020, in the Western District of Missouri, the defendant, **ROGERIC HANKINS**, while acting under color of law as a private prisoner transport officer, willfully deprived J.S. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he penetrated J.S.'s vulva with his penis without her consent and without a legitimate law enforcement purpose. The defendant's conduct resulted in bodily injury to J.S. All in violation of Title 18, United States Code, Section 242.

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*Fara Gold*
FARA GOLD
Special Litigation Counsel

*Laura Gilson*
LAURA GILSON
Trial Attorney

1